# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2310WM

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| David Wayne Gibson, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: October 20, 1998
Filed: October 28, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

David Wayne Gibson appeals the district court's denial of Gibson's 18 U.S.C. § 3583(e)(1) motion to terminate his supervised release. Having carefully reviewed the parties' briefs and the record, we conclude the district court did not abuse the broad discretion conferred by the statute. See United States v. Jeanes, 150 F.3d 483, 484 (5th Cir. 1998). We affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.